FILED
JUL 10 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

RECEIVED
JUL 10 2017
BY MAIL

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

4:17CV01949 ERW

| United States District Court | District |
|---|---|
| Name (under which you were convicted): Lamarvin Darden | Docket or Case No.: 4:10-cr-00538 |
| Place of Confinement: F.C.I. Memphis | Prisoner No.: 38062-044 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
| v. | Lamarvin Darden |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Eastern District of Missouri

   (b) Criminal docket or case number (if you know): 4:10-cr-00538

2. (a) Date of the judgment of conviction (if you know): Sept 30,2016

   (b) Date of sentencing: Sept 30, 2017

3. Length of sentence: 200 months

4. Nature of crime (all counts): Possession W/Intent to distribute Cocaine Base (2) Felon in possession of a firearm

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐ (2) Guilty ☐ (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one) Jury ☒ x Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes ☐ No ☒

8. Did you appeal from the judgment of conviction? Yes ☒ No ☐

9. If you did appeal, answer the following:

(a) Name of court: Court of Appeals for the Eigth Cicuit

(b) Docket or case number (if you know): 11-3161

(c) Result: Affirmed

(d) Date of result (if you know): 7-7-12

(e) Citation to the case (if you know): ____________

(f) Grounds raised: ____________

(g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☒

If "Yes," answer the following:

(1) Docket or case number (if you know): ____________

(2) Result: ____________

(3) Date of result (if you know): ____________

(4) Citation to the case (if you know): ____________

(5) Grounds raised: ____________

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ☒ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: ____________

(2) Docket or case number (if you know): ____________

(3) Date of filing (if you know): ____________

(4) Nature of the proceeding: Motion under 2255

(5) Grounds raised: merging of count III and Iv, and Johnson/ Mathis rendered petiitoner a non-Armed career offender.

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☒ No ☐

(7) Result: Granted in part

(8) Date of result (if you know): ____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: ____

(2) Docket or case number (if you know): ____

(3) Date of filing (if you know): ____

(4) Nature of the proceeding: ____

(5) Grounds raised: ____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☐

(7) Result: ____

(8) Date of result (if you know): ____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes ☐ No ☐

(2) Second petition: Yes ☐ No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: Attorney failed to file a notice of appeal

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: Counsel rendered ineffective assistance of counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Counsel in this case was ineffective assistance of counsel by failing to file a notice of appeal in this case.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒ X

(2) If you did not raise this issue in your direct appeal, explain why: The question was not ripe for review at that time.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No x☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ____

Name and location of the court where the motion or petition was filed: ____

Docket or case number (if you know): ______________________

Date of the court's decision: ______________________

Result (attach a copy of the court's opinion or order, if available): ______________________

______________________

______________________

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑ No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑ No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______________________

______________________

Docket or case number (if you know): ______________________

Date of the court's decision: ______________________

Result (attach a copy of the court's opinion or order, if available): ______________________

______________________

______________________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______________________

______________________

______________________

______________________

______________________

**GROUND TWO:** ______________________

______________________

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

______________________

______________________

______________________

______________________

______________________

______________________

______________________

______________________

______________________________________________________________________________

______________________________________________________________________________

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑ No ❑

(2) If you did not raise this issue in your direct appeal, explain why: ____________________

____________________________________________________________________________

____________________________________________________________________________

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑ No ❑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ________________________________________________

Name and location of the court where the motion or petition was filed: __________________

____________________________________________________________________________

Docket or case number (if you know): _________________________________________

Date of the court's decision: _________________________________________________

Result (attach a copy of the court's opinion or order, if available): ____________________

____________________________________________________________________________

____________________________________________________________________________

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑ No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑ No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __________________________

____________________________________________________________________________

Docket or case number (if you know): _________________________________________

Date of the court's decision: _________________________________________________

Result (attach a copy of the court's opinion or order, if available): ____________________

____________________________________________________________________________

____________________________________________________________________________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ____________________

GROUND THREE: ____________________

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ____________________

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑ No ❑

(2) If you did not raise this issue in your direct appeal, explain why: ____________________

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑ No ❑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ____________________

Name and location of the court where the motion or petition was filed: ____________________

Docket or case number (if you know): ____________________

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ______________________

_______________________________________________

_______________________________________________

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______________________

_______________________________________________

Docket or case number (if you know): ______________________

Date of the court's decision: ______________________

Result (attach a copy of the court's opinion or order, if available): ______________________

_______________________________________________

_______________________________________________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______________________

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

**GROUND FOUR:** ______________________

_______________________________________________

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

______________________________________________________________

______________________________________________________________

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑ No ❑

(2) If you did not raise this issue in your direct appeal, explain why: ______________

______________________________________________________________

______________________________________________________________

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑ No ❑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______________________________

Name and location of the court where the motion or petition was filed: ______________

______________________________________________________________

Docket or case number (if you know): ______________________________

Date of the court's decision: ______________________________

Result (attach a copy of the court's opinion or order, if available): ______________

______________________________________________________________

______________________________________________________________

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑ No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑ No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______________

______________________________________________________________

______________________________________________________________

Docket or case number (if you know): ______________________________

Date of the court's decision: ______________________________

Result (attach a copy of the court's opinion or order, if available): ______________

______________________________________________________________

______________________________________________________________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: Ground one; Petiitoners claim was not ripe for review.

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? Yes ☐ No ☐ xx

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ______

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: John Lynch

(b) At arraignment and plea: " "

(c) At trial: John Lynch

(d) At sentencing: ______

    (e) On appeal: " "

(f) In any post-conviction proceeding: Patrick Kilgore

(g) On appeal from any ruling against you in a post-conviction proceeding: Patrick Kilgore

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ___

(b) Give the date the other sentence was imposed: ___

(c) Give the length of the other sentence: ___

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes ☐ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

Restore appeal rights as stated in the memorandum in support.

or any other relief to which movant may be entitled.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on

7-5-17 (month, date, year).

Executed (signed) on ______ (date).

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.